UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
WENTWORTH GROUP, INC. et al.,

                              Plaintiffs,

      -against-

EVANSTON INSURANCE COMPANY,

                              Defendant.
------------------------------------- x

ORDER

20 Civ. 6711 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

    Defendant's opposition to Plaintiffs' motion for summary judgment is due February 12, 2021. The January 27, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge James L. Cott for General Pretrial Supervision and Dispositive Motions.

Dated: New York, New York
       January 11, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge