# Exhibit E

| | |
|---|---|
| **From:** | Michael J. Tricarico <Michael.Tricarico@kennedyslaw.com> |
| **Sent:** | Saturday, July 18, 2020 1:17 AM |
| **To:** | Kroll, Elliott M. |
| **Cc:** | Bogdanovich, Stefan; Thomas Kaufman |
| **Subject:** | Re: 325 Fifth Ave. |

Elliot,

To answer your question, yes, Evanston intends to withdraw the defense as to the cross-claim as well.

Evanston otherwise reserves all rights, and waives none.

Regards,
Mike

Michael J. Tricarico
Partner
for Kennedys

## Kennedys
T +1 646 625 3952
M +1 917 359 6017
F +1 646 625 4044
www.kennedyslaw.com

---

**From:** "Kroll, Elliott M." <Elliott.Kroll@arentfox.com>
**Date:** Thursday, July 16, 2020 at 10:50 PM
**To:** Michael J Tricarico <Michael.Tricarico@kennedyslaw.com>
**Cc:** "Bogdanovich, Stefan" <Stefan.Bogdanovich@arentfox.com>, Thomas Kaufman <Thomas.Kaufman@kennedyslaw.com>
**Subject:** RE: 325 Fifth Ave.

Mike,

Please clarify one point.  Your letter is silent on Evanston's defense of my clients on the Basonas Construction Corp. cross-claim. Is Evanston withdrawing the defense on that as well?  Kindly advise.

My clients reserve any and all of their rights in this regard, waiving none.

Regards,
Elliott

**Elliott M. Kroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3987  DIRECT | 212.484.3990 FAX

1

914.420.6096 CELL
elliott.kroll@arentfox.com | www.arentfox.com

---

**From:** Michael J. Tricarico <Michael.Tricarico@kennedyslaw.com>
**Sent:** Wednesday, June 24, 2020 9:06 PM
**To:** Kroll, Elliott M. <Elliott.Kroll@arentfox.com>
**Cc:** Bogdanovich, Stefan <Stefan.Bogdanovich@arentfox.com>; Thomas Kaufman <Thomas.Kaufman@kennedyslaw.com>
**Subject:** RE: 325 Fifth Ave.

Elliot,

Thank you for letting me know.

Regards,
Mike

Michael J. Tricarico
Partner
for Kennedys

**Kennedys**
T +1 646 625 3952
M +1 917 359 6017
F +1 212 832 4920
www.kennedyslaw.com


---

**From:** Kroll, Elliott M. <Elliott.Kroll@arentfox.com>
**Sent:** Wednesday, June 24, 2020 6:15 PM
**To:** Michael J. Tricarico <Michael.Tricarico@kennedyslaw.com>
**Cc:** Bogdanovich, Stefan <Stefan.Bogdanovich@arentfox.com>
**Subject:** 325 Fifth Ave.

Dear Sir,

We represent FirstService Residential New York, Inc. and FirstService Project Management, LLC with respect to their insurance coverage concerning your letter to them of June 10, 2020. We are presently reviewing your letter and relevant materials.

Our clients reserves any and all of their rights, waiving none.

Regards,
Elliott

**Elliott M. Kroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3987  DIRECT | 212.484.3990 FAX
914.420.6096 CELL
elliott.kroll@arentfox.com | www.arentfox.com

2

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com

**Kennedys has implemented 100% remote working due to COVID-19 and cannot accept physical mail delivery or service of legal papers. Kennedys will accept email service of all documents and will email copies of all correspondence, pleadings and other papers until further guidance is provided. Please email or phone any Kennedys attorney or staff for assistance.**

**General Data Protection Regulations - From 25 May 2018** to the extent that we are currently in a contract with you or are intending to enter into a contract that involves processing the data of individuals in the EU, we would ask you to note the terms of our GDPR Privacy Policy, also our Client Terms of Business to the extent that we have not already agreed GDPR variations with you and, if you supply any products or services to us, our Supplier Terms of Business each of which will apply to all existing and future dealings between us as appropriate.

Please be aware of the increase in cybercrime and fraud. If you receive an email purporting to be from someone at Kennedys which seeks to direct a payment to bank details which differ from those which we have already given you (in our retainer letter and on our invoices) it is unlikely to be genuine. Please do not reply to the email or act on any information contained in it but contact us immediately.

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership with registration number 045017416. Our registered office is at 120 Mountain View Boulevard, Basking Ridge, New Jersey 07920. The information contained in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please immediately notify the sender and then delete it.

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com/

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.