**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
WENTWORTH GROUP, INC., FS PROJECT
MANAGEMENT, LLC, and FIRSTSERVICE
RESIDENTIAL NEW YORK, INC.

                         Plaintiffs,

    -against-

EVANSTON INSURANCE COMPANY,

                         Defendant.
------------------------------------- x

ORDER

20 Civ. 6711 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's letter request for a two-week extension of time until April 8, 2022 to respond to Plaintiffs' Objections to Magistrate Judge James L. Cott's February 4, 2022 Report & Recommendation, (ECF No. 92), is DENIED.

Dated: New York, New York
        March 22, 2022

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge