UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

THE WENTWORTH GROUP, INC., FS PROJECT
MANAGEMENT, LLC, and FIRSTSERVICE
RESIDENTIAL NEW YORK, INC.,

                     Plaintiffs,

    -against-

EVANSTON INSURANCE COMPANY,

                     Defendant.

------------------------------------------x

ORDER

20 Civ. 6711 (GBD)

GEORGE B. DANIELS, United States District Judge:

On the parties' motion, (ECF No. 96), this action is hereby STAYED pending the resolution of Plaintiffs' underlying state court suit.

Dated: November 21, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE